CRAIG R. DELK, ESQ.
Nevada Bar No. 2295
THORNDAL ARMSTRONG DELK
  BALKENBUSH & EISINGER
1100 Bridger Avenue (89101)
P. O. Box 2070
Las Vegas, Nevada 89125-2070
PHONE:  (702) 366-0622
FAX:       (702) 366-0327
*cdelk@thorndal.com*
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>YOUR VITAMINS, INC., d/b/a PROCAPS LABORATORIES and ANDREW LESSMAN,<br><br>Defendants. | Case No. 2:11-cv-01333-PMP-GWF |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs The Phoenix Insurance Company and Travelers Property Casualty Company of America hereby dismiss this action without prejudice.  In support hereof, Plaintiffs state:

1. Plaintiffs filed this action on August 17, 2011.

2. To date, no Defendant has appeared in this action.  No Defendant has filed an answer to the complaint or a motion for summary judgment.

3. In light of the above, Plaintiffs hereby dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED this 31 day of August, 2011.

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

_____
Craig R. Delk, Esq.
NEVADA BAR NO. 2295
1100 E. Bridger Ave.
Las Vegas, NV 89101
(702) 366-0622
(702) 366-0327 (fax)
email: cdelk@thorndal.com

* * *

Daniel G. Litchfield, Esq.
Nicholas D. Butovich, Esq.
LITCHFIELD CAVO LLP
303 W. Madison Street, Suite 300
Chicago, Illinois 60606
(312) 781-6669 (Litchfield)
(312) 781-6573 (Butovich)
email: litchfield@litchfieldcavo.com
email: butovich@litchfieldcavo.com

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated: September 1, 2011.

2